```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18390
   JACQUELINE HAMBLET
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-6187

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/06/2007 and was confirmed 01/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
WILSHIRE CREDIT CORPORAT CURRENT MORTG            .00             .00            .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE       21563.11             .00            .00
US BANK NA               CURRENT MORTG            .00             .00            .00
DRIVE FINANCIAL          SECURED NOT I  NOT FILED                 .00            .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT         43.00             .00          43.00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY        3,500.00                        2,401.20
TOM VAUGHN               TRUSTEE                                              196.79
DEBTOR REFUND            REFUND                                                  .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  2,640.99

PRIORITY                                         43.00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                2,401.20
TRUSTEE COMPENSATION                            196.79
DEBTOR REFUND                                       .00
                         --------------      --------------
TOTALS                   2,640.99             2,640.99
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/25/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```